JPML FORM 1A

# DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 364 -- In re Air Crash Disaster at Philadelphia International Airport on June 23, 1976

| Date | Ref. | Pleading Description |
|---|---|---|
| 10/16/78 | 1 | MOTION/BRIEF to transfer A-1 under §1407, w/schedule of actions & cert. of serv. -- Def. Allegheny Airlines SUGGESTED TRANSFEREE DISTRICT: E. D. Pennsylvania SUGGESTED TRANSFEREE JUDGE:    (cds) |
| 10/26/78 | | APPEARANCES: ARTHUR W. HANKIN, ESQ. for Richard W. Schumacher, et al.; C. WM. KRAFT, III, ESQ. for Elizabeth Patton; JERROLD V. MOSS, ESQ. for Richard Berryman; BURTON STEIN, ESQ. for Harold D. Connelly, et al.; ALBERT S. FEIN, ESQ. for Steven J. Camara; A. GRANT SPRECHER ESQ. for John Nees; MILTON M. BOROWSKY, ESQ. for James E. Bruce, et al.; DANIEL GRAZIANO, ESQ. for Raymond Auletta, Jr.; HARRY R. TRAYSTMAN, ESQ. for David Radford; WILLIAM J KENNEDY, ESQ. for Allegheny Airlines, Inc. cs |
| 10/26/78 | 2 | AMENDED MOTION/BRIEF to include A-6 for §1407 transfer -- Def. Allegheny Airlines -- w/cert. of service (cds) |
| 11/9/78 | | HEARING ORDER -- Setting A-1 through A-13, A-15,16,17 & 18 for Hearing, December 8, 1978, New York, New York |
| 11/9/78 | | ORDER TO SHOW CAUSE -- Why A-2 Levie, et al. v. Allegheny Airlines, Inc., et al., D. Maryland, C.A. No. N78-1074 should not also be consolidated -- Notified counsel and involved judge (cds) |
| 12/26/78 | | CONSENT OF TRANSFEREE COURT -- for litigation to be to be assigned to the Honorable Clarence C. Newcomer, E.D.Pennsylvania for coordinated or consolidated pretrial proceedings (emh) |
| 12/26/78 | | TRANSFER ORDER -- transferring A-1, A-2 and A-6 to the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings with the actions already pending in that district under 28 U.S.C. §1407 (emh) |
| 80/02/21 | | APPEARANCE: NANCY M. LIPPER, ESQ. for David Radford (cds) |

JPML Form 1

Revised: 8/78

DOCKET NO. 364 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE AIR CRASH DISASTER AT PHILADELPHIA INTERNATIONAL AIRPORT ON JUNE 23, 1976

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| 12/8/78 | 12/26/78 | TO | | E.D.PA | Clarence C. Newcomer | |

### Special Transferee Information

DATE CLOSED: _____

JPML FORM 1                                          LISTING OF INVOLVED ACTIONS

DOCKET NO. 364 -- IN RE AIR CRASH DISASTER AT PHILADELPHIA INTERNATIONAL AIRPORT ON JUNE 23, 1976

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | David Radford v. Allegheny Airlines, Inc. | D.Conn. NEWMAN | H78-354 | 12/26/78 | 79-148 | 3/4/80 D | |
| A-2 | James L. Levin, et al. v. Allegheny Airlines, Inc., et al. | D.Md. Northrop | N78-1074 | | | DIS. 11/27 | |
| A-3 | Gregory Lima v. Allegheny Airlines, Inc. | ~~D.Mass.~~ E.D.Pa. Newcomer | ~~77-3524-G~~ 78-3192 | | | 12/17/79 | |
| A-4 | Raymond Auletta, Jr. v. Allegheny Airlines, Inc. | E.Pa. Newcomer | 78-2036 | | | 12/12/79 | |
| A-5 | John H. Cooper v. Allegheny Airlines, Inc. | E.D.Pa. Newcomer | 78-3045 | | | 4/16/81 | |
| A-6 | Frederick P. Warrender v. Allegheny Airlines, Inc. | D. R.I. Boyle | CA77-0482 | 12/26/78 | 79-120 | 11/1/79 D | |
| A-7 | James E. Bruce, et al. v. Allegheny Airlines, Inc. | E.D.Pa. Newcomer | 77-2522 | | | 5/30/79 | |
| A-8 | John M. Nees, et al. v. Allegheny Airlines, Inc. | E.D.Pa. Newcomer | 77-3712 | | | 11/26/79 D | |
| A-9 | Steven J. Camara v. Allegheny Airlines, Inc. | E.D.Pa. Newcomer | 78-392 | | | 3/23/79 | |
| A-10 | John Kelley, et al. v. Allegheny Airlines, Inc. | E.D.Pa. Newcomer | 78-871 | | | 5/29/79 | |
| A-11 | James Shafer, et al. v. Allegheny Airlines, Inc. | E.D.Pa. Newcomer | 78-1475 | | | 5/23/79 | |

JPML FORM 1 -- Continuation

Listing of Involved Actions -- p. _2_

DOCKET NO. _364_ -- IN RE AIR CRASH DISASTER AT PHILADELPHIA INTERNATIONAL AIRPORT ON JUNE 23, 1976

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-12 | Harold D. Connelly, et al. v. Allegheny Airlines, Inc. | E.D.Pa. Newcomer | 78-1688 | | | 3/30/79 | |
| A-13 | Richard Berryman, et al. v. Allegheny Airlines, Inc. | E.D.Pa. Newcomer | 78-1841 | | | 12/17/79 | |
| A-14 | Isaac Steinharter v. Allegheny Airlines, Inc. | E.D.Pa. Newcomer | 78-1973 | Dismissed | | 9/5/78 | |
| A-15 | Elizabeth Patton, et al. v. Allegheny Airlines, Inc. | E.D.Pa. Newcomer | 78-2044 | | | 7/6/79 | |
| A-16 | Spencer Struble v. Allegheny Airlines, Inc. | E.D.Pa. Newcomer | 78-2057 | | | 8/8/80 D | |
| A-17 | Richard W. Schumacher, et al. v. Allegheny Airlines, Inc. | E.D.Pa. Newcomer | 78-2065 | | | 1/3/79 | |
| A-18 | Henry Brackman v. Allegheny Airlines, Inc. | E.D.Pa. Newcomer | 78-2097 | | | 8/11/81 | |
| XYZ-19 | Allegheny Airlines v. U.S.A. | E.D.Pa. | 79-1495 | | | 4/21/81 | |

July 1979 - 2 TR; 15 XYZ; 1-DIS'D = 16 Pdg.
July 1980 - 1 Dis = 15 Pdg
July 1981 - 16 dis = 1 Pdg
July 1982 - closed

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 364 -- IN RE AIR CRASH DISASTER AT PHILADELPHIA INTERNATIONAL AIRPORT ON JUNE 23, 1976

ALLEGHENY AIRLINES
William J. Kennedy, Esquire
Dechert, Price & Rhoads
3400 Centre Square West
1500 Market Street
Philadelphia, Pennsylvania  19102

DAVID RADFORD (A-1)
Nancy M. Lipper, Esq.
Scott, Kanabis & Dubicki
20 Channing Street
New London, Connecticut  06320

JAMES L. LEVIE (A-2)
Eugene I. Glazer, Esquire
1120 Court Square Building
Baltimore, Maryland  21202

GREGORY LIMA (A-3)
Cortland A. Mathers, Esq.
Mone & Mathers
529 Pearl Street
Brockton, Massachusetts  02401

FREDERICK WARRENDER (A-6)
Mark Mandell, Esquire
DeCof, Weinstein & Mandell
Suite 500
Howard Building
Providence, Rhode Island  02903

JOHN H. COOPER (A-5)
Halper, Passick, Prince & Weinstein
150 Broadway
New York, New York  10038

JAMES E. BRUCE, ET AL (A-7)
Milton M. Borowsky, Esquire
2nd Floor, Rohm & Haas Bldg.
6th and Market Streets
Philadelphia, Pa.  19106

JOHN NEES (A-8)
A. Grant Sprecher, Esquire
Obermayer, Rebmann, Maxwell & Hippel
14th Floor Packard Building
Philadelphia, Pa.  19102

STEVEN J. CAMARA (A-9)
Albert S. Fein, Esquire
Fein & Grady
1201 Chestnut Street
11th Floor
Philadelphia, Pa.  19107

JOHN KELLY, ET AL. (A-10)
Raynes, McCarthy & Binder
1845 Walnut Street
Philadelphia, Pa.  19103

JAMES SHAFER, ET AL. (A-11)
Sol Henry Kitei, Esquire
2nd Floor, 1616 Walnut St.
Philadelphia, Pa.  19103

HAROLD CONNELLY, ET AL. (A-12)
Burton Stein, Esq.
Suite 806
1420 Walnut Street
Philadelphia, Pa.  19102

RICHARD BERRYMAN (A-13)
Jerrold V. Moss, Esquire
1800 Penn Mutual Tower
510 Walnut Street
Philadelphia, Pa.  19106

ELIZABETH PATTON (A-15)
C. William Kraft, Esquire
One Olive Street
Media, Pa.  19063

ISAAC STEINHARTER (A-14)
Leonard J. Sperling, Esquire
3635 Old Court Road, Suite 310
Baltimore, Maryland  21208

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 2

DOCKET NO. 364 -- IN RE AIR CRASH DISASTER AT PHILADELPHIA INTERNATIONAL AIRPORT ON JUNE 23, 1976

---

RICHARD W. SCHUMACHER, ET AL. (A-17)
Arthur W. Hankin, Esquire
860 Suburban Station Bldg.
Philadelphia, Pa. 19103

SPENCER STRUBLE (A-16)
Wilbur Bourne Ruthrauff, Esquire
Gratz, Tate, Spiegel, Ervin
 & Ruthrauff
25th Fl. Two Girard Plaza
Philadelphia, Pa. 19102

HENRY BRACHMAN (A-18)
John J. Tinaglia, Esquire
Jill A. Douthett, Esquire
Ballard, Spahr, Andrews
 & Indersoll
30 South 17th Street
Philadelphia, Pa. 19103

RAYMOND AULETTA, JR. (A-4)
Daniel J. Graziano, Jr., Esq.
c/o Pellettieri and Rabstein, Esq.
13 West Frontt Street
P. O. 630
Trenton, New Jersey 08604

ALLEGHENY AIRLINES, INC. (Def. B-2)
Charles E. Ilieff, Jr., Esq.
Semmes, Bowen & Semmes
10 Light Street
Baltimore, Maryland 21202

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 364 -- IN RE AIR CRASH DISASTER AT PHILADELPHIA INTERNATIONAL AIRPORT ON JUNE 23, 1976

| Name of Party | Named as Party in Following Actions |
|---|---|
| Allegheny Airlines, Inc. | A-1 through A-18 |
| Carl W. Boyer | A-2 |