DOCKET NO. 364

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE AIR CRASH DISASTER AT PHILADELPHIA INTERNATIONAL AIRPORT ON JUNE 23, 1976

TRANSFER ORDER

It appearing that all parties to the actions listed on the attached Schedule A agree on the desirability of or do not oppose transferring the actions pending in districts other than the Eastern District of Pennsylvania to that district for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407 with the actions pending in that district before the Honorable Clarence C. Newcomer, and the Panel having found upon consideration of the papers submitted 1/ that these actions involve common questions of fact and that transfer will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation, 2/

IT IS ORDERED that, pursuant to 28 U.S.C. §1407, the actions listed on the attached Schedule A and pending in districts other than the Eastern District of Pennsylvania be, and the same hereby are, transferred to that district and, with the consent of that court, assigned to the Honorable Clarence C. Newcomer for coordinated or consolidated pretrial proceedings with the actions pending in that district and listed on Schedule A.

FOR THE PANEL:

John Minor Wisdom
Chairman

---

1/ The parties waived their right to oral argument and, accordingly, the question of transfer of these actions under Section 1407 was submitted on the briefs. Rule 14, R.P.J.P.M.L., 78 F.R.D. 561, 572 (1978).

2/ Two other actions, James L. Levie, et al. v. Allegheny Airlines, Inc., et al., D. Maryland, C.A. No. N78-1074 and Isaac Steinharter v. Allegheny Airlines, Inc., E.D. Pennsylvania, C.A. No. 78-1973, were originally included in this docket but were terminated in their respective district courts prior to the entry of this order. Accordingly, Panel consideration of those two actions is now moot.

DOCKET NO. 364
SCHEDULE A

| DISTRICT OF CONNECTICUT | Civil Action No. |
|---|---|
| David Radford v. Allegheny Airlines Inc. | H78-354 |

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Gregory Lima v. Allegheny Airlines, Inc. | 78-3192 |
| Raymond Auletta, Jr. v. Allegheny Airlines, Inc. | 78-2036 |
| John H. Cooper v. Allegheny Airlines, Inc. | 78-3045 |
| James E. Bruce, et al. v. Allegheny Airlines, Inc. | 77-2522 |
| John M. Nees, et al. v. Allegheny Airlines, Inc. | 77-3712 |
| Steven J. Camara v. Allegheny Airlines, Inc. | 78-392 |
| John Kelley, et al. v. Allegheny Airlines, Inc. | 78-871 |
| James Shafer, et al. v. Allegheny Airlines, Inc. | 78-1475 |
| Harold D. Connelly, et al. v. Allegheny Airlines, Inc. | 78-1688 |
| Richard Berryman, et al. v. Allegheny Airlines, Inc. | 78-1841 |
| Elizabeth Patton, et al. v. Allegheny Airlines, Inc. | 78-2044 |
| Spencer Struble v. Allegheny Airlines, Inc. | 78-2057 |
| Richard W. Schumacher, et al. v. Allegheny Airlines, Inc. | 78-2065 |
| Henry Brackman v. Allegheny Airlines, Inc. | 78-2097 |

DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Frederick P. Warrender v. Allegheny Airlines, Inc. | CA77-0482 |